AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00170 |
| Paul Nguyen | ) Assigned To: Judge Harvey, G. Michael |
| DOB: ▉▉▉▉ | ) Assign. Date: 8/24/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 23, 2025 in the county of Washington in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a) | Assaulting a Federal Officer |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Colleen Brennan, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/24/2025

*Judge's signature*

City and state: Washington, DC   G. Michael Harvey, Magistrate Judge
*Printed name and title*