# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**PAUL NGUYEN,**<br><br>        Defendant. | Case No. 25-MJ-170 |

## ORDER

For the reasons stated on the record, the Court **GRANTS** the Government's motion to dismiss and **DISMISSES** the complaint and this action. The Court's dismissal operates as a **DISMISSAL WITHOUT PREJUDICE** at this juncture, pending further briefing and submissions from the parties. In light of the dismissal, the Court expressly **VACATES** any and all conditions of release imposed on Mr. Nguyen in these proceedings.

To the extent Defendant intends to make any additional requests of the Court, including to dismiss the case with prejudice, the following deadlines shall apply: Defendant shall file any written request to treat the dismissal as operating with prejudice by no later than September 19, 2025, and the Government shall have seven (7) days to respond. Any other requests, including to seal or expunge the arrest record (as defense counsel suggested) shall be filed within thirty (30) days, and the Government shall respond within fourteen (14) days. The Court will entertain and resolve any such requests in due course.

**SO ORDERED**.

Date: 9/16/2025

_____
**MATTHEW J. SHARBAUGH**
**UNITED STATES MAGISTRATE JUDGE**